IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff(s)

Case Number: CR-3-12-103

vs

EMMA ZINKIEWICZ

Defendant(s)

## CLERK'S REQUEST TO RELEASE PASSPORT

It appearing to the Court that the case against said defendant, Emma Zinkiewicz, has been resolved on 05/09/2013 That the defendant has been sentenced to time served and a fine in the amount of $100.and Restitution in the amount of $61,030.39 which is to be paid lump sum within 6 mos.

The Clerk requests permission to return the passport forfeited to this court.

JOHN P. HEHMAN, CLERK

By _[signature]_
Financial Deputy

**IT IS SO ORDERED:**

_[signature]_
**TIMOTHY S. BLACK,
UNITED STATES DISTRICT JUDGE**